Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*EMD Acquisition LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| COLTON PUCKETT, an individual,<br><br>Plaintiff,<br><br>v.<br><br>EMD ACQUISITION LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.  2:26-cv-01086-ART-MDC<br><br>**STIPULATION TO EXTEND DEADLINE FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Colton Puckett ("Plaintiff") and Defendant EMD Acquisition LLC ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to extend the deadline for Defendant to file a response to Plaintiff's Complaint by two weeks, from May 1, 2026 to May 15, 2026.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as defense counsel needs additional time to prepare the response pleading and consult with clients to obtain approval of the same.  Defendant requested the extension and Plaintiff fully cooperated and agreed.

///

///

///

///

///

334853153v.1

This is the first request for extension of this deadline.

**IT IS SO STIPULATED.**

DATED this 29th day of April, 2026.

DATED this 29th day of April, 2026.

GREENBERG GROSS LLP

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:  */s/ John M. Orr*
     Jemma E. Dunn, Esq.
     Nevada Bar No. 16229
     Matthew T. Hale, Esq.
     Nevada Bar No. 16880
     John M. Orr, Esq.
     Nevada Bar No. 14251
     1980 Festival Plaza Drive, Suite 730
     Las Vegas, NV 89135
     Telephone: (702) 777-0888
     Facsimile: (702)777-0801
     JDunn@GGTrialLaw.com
     MHale@GGTrialLaw.com
     JOrr@GGTrialLaw.com
     *Attorneys for Plaintiff*
     *Colton Puckett*

By:  */s/ Sheri M. Thome*
     Sheri M. Thome, Esq.
     Nevada Bar No. 008657
     6689 Las Vegas Blvd. South, Suite 200
     Las Vegas, Nevada 89119
     Telephone: 702.727.1400
     Facsimile: 702.727.1401
     Sheri.Thome@wilsonelser.com
     *Attorneys for Defendant*
     *EMD Acquisition LLC*

## ORDER

IT IS HEREBY ORDERED that Defendant EMD Acquisition LLC shall have until May 15, 2026 to file a response to Plaintiff's Complaint.

**IT IS SO ORDERED:**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: April 30, 2026_____

-2-

334853153v.1