**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Colton Puckett,

      Plaintiff(s),

v.

EMD Acquisition LLC,

      Defendant(s).

Case No. 2:26-cv-01086-ART-MDC

**Order**

[Docket No. 16]

Pending before is a stipulation to continue the ENE, Docket No. 16, which is **GRANTED**. The ENE is **CONTINUED** to 1:00 p.m. on September 3, 2026. The parties must submit evaluation statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 27, 2026. In addition, the attorneys for each party and any party appearing *pro se* must discuss settlement and exchange an initial demand and an initial counteroffer by August 19, 2026, and must file a joint statement as to whether holding the early neutral evaluation would be futile by August 20, 2026.

IT IS SO ORDERED.

Dated: June 2, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1