**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Colton Puckett,
Plaintiff(s),
v.
EMD Acquisition LLC,
Defendant(s).

Case No. 2:26-cv-01086-ART-MDC

**Order**

Due to conflicting duties of the Court, the ENE is **ADVANCED** to 10:00 a.m. on September 2, 2026. The parties must submit evaluation statements to the undersigned's box in the Clerk's Office by 3:00 p.m. on August 26, 2026. All other requirements for the ENE continue to be governed by Docket No. 14.

IT IS SO ORDERED.

Dated: August 21, 2026

Nancy J. Koppe
United States Magistrate Judge